**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANDREW LOYA,

     Plaintiff,

vs.

                               Case No. CV 13-1163-KG-RHS

EXPRESS SERVICES, Inc.,
MASTER HALCO, Inc.,
ANTHONY GALLEGOS,
an individual, and DOES I-XIV

     Defendants.

**ORDER GRANTING MASTER HALCO, INC.'S**
**MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**

     THIS MATTER having come before the Court upon Defendant Master Halco,

Inc.'s Motion for Leave to File Third-Party Complaint, and the Court having read the

pleadings and being fully advised in the premises, FINDS the Motion is WELL

TAKEN and should be GRANTED.

     IT IS THEREFORE ORDERED, ADJUDGE AND DECREED that the Motion is

GRANTED and Defendant Master Halco, Inc. may file the Third-Party Complaint.

                                       _____
                                     UNITED STATES DISTRICT JUDGE

Submitted by:

**BEALL & BIEHLER**

 */s/ Gregory L. Biehler*
GREGORY L. BIEHLER, ESQ.
*Attorneys for Defendant Master Halco, Inc.*
6715 Academy Road NE
Albuquerque, NM  87109
(505) 828-3600

Approved By:

**ATTORNEYS FOR PLAINTIFF:**

***Approved via e-mail 2/20/2014***
TURNER W. BRANCH
ANDREA K. CHRISTMAN
MARGARET MOSES BRANCH
Branch Law Firm
2025 Rio Grande Blvd, NW
Albuquerque, NM 87104
505-243-3500
tbranch@branchlawfirm.com
achristman@branchlawfirm.com
mbranch@branchlawfirm.com

**ATTORNEYS FOR DEFENDANTS
EXPRESS SERVICES & ANTHONY
GALLEGOS:**

***Approved via e-mail 2/17/2014***
ALEX WALKER
Modrall Sperling Roehl Harris & Sisk
PO Box 2168
Albuquerque, NM 87103-2168
505-848-1861
Email:  awalker@modrall.com

***Approved via e-mail 2/17/2014***
BRADLEY K. DONNELL
CURTIS J. THOMAS
McAfee & Taft A Professional
Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
405-235-9621
Email: brad.donnell@mcafeetaft.com
Email: curtis.thomas@mcafeetaft.com