IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW LOYA,

    Plaintiff,

vs.

EXPRESS SERVICES, Inc.,
MASTER HALCO, Inc.,
ANTHONY GALLEGOS,
an individual, and DOES I-XIV

Defendants.
_____
MASTER HALCO, INC.,

    Third-Party Plaintiff,

vs.

MIDWEST TUBE MILLS, INC. and
JOHN DOES 1 – 10.

    Third-Party Defendants.

Case No. 1:13-cv-01163-KG-SCY

**STIPULATED ORDER GRANTING UNOPPOSED
MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES**

This matter having come before the Court on Defendants Express Services, Inc., Master Halco, Inc. and Anthony Gallegos' UNOPPOSED MOTION TO EXTEND DEADLINE FOR DISCLOSURE OF EXPERT WITNESSES, thirty (30) days from receipt of the FCE report, the parties having stipulated to this Order, and the Court finding the Motion well-taken and good cause existing therefor, the Motion is hereby GRANTED and it is hereby ORDERED that the Disclosure of Expert Witnesses shall be modified to thirty (30) days after the FCE report.

                                        /s/ Steven C. Yarbrough
                                        The Honorable Steven C. Yarbrough
                                        United States Magistrate Judge