IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW LOYA,

    Plaintiff,

vs.

                        Case No. 1:13-cv-1163-KG-SCY

EXPRESS SERVICES, Inc.,
MASTER HALCO, Inc.,
ANTHONY GALLEGOS,
an individual, and DOES I-XIV

Defendants.
_____

MASTER HALCO, INC.,

    Third-Party Plaintiff,

vs.

MIDWEST TUBE MILLS, INC. and
JOHN DOES 1 – 10.

    Third-Party Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having before it the parties' Joint Motion to Dismiss with Prejudice, between Plaintiff and all Defendants, and between Third-Party Plaintiff and Third-Party Defendant, FINDS that the Motion is well taken.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against Defendants and Third-Party Plaintiff's Third-Party Complaint are dismissed with prejudice, with each party bearing their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Order Submitted By:

**BEALL & BIEHLER**

*/s/ Gregory L. Biehler*
GREGORY L. BIEHLER, ESQ.
*Attorneys for Defendants &*
*Third-Party Plaintiff*
6715 Academy Road NE
Albuquerque, NM  87109
(505) 828-3600

Order Approved By:

**ATTORNEYS FOR PLAINTIFF:**

*(Approved via email 4/14/15)*
MARK TRUJILLO
MARGARET MOSES BRANCH
*Attorneys for Plaintiff*
Branch Law Firm
2025 Rio Grande Blvd, NW
Albuquerque, NM 87104
tbranch@branchlawfirm.com
mtrujillo@branchlawfirm.com
mbranch@branchlawfirm.com

**ATTORNEY FOR THIRD-PARTY DEFENDANT MIDWEST TUBE MILLS, INC.**

*(Approved via email 4/1/15)*
HARRIETT HICKMAN
Gallagher Casados & Mann PC
317 Commercial St NE Fl 2
Albuquerque, NM 87102-3456
hhickman@gcmlegal.com

**ATTORNEY FOR EXPRESS SERVICES, INC.**

*(Approved via email 4/2/15)*
BRADLEY K. DONNELL
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
brad.donnell@mcafeetaft.com